UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VODIE GOODMAN,

                          Petitioner,

                -against-

WARDEN JAMISON,

                          Respondent.

1:24-CV-5954 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 12, 2024, the Court directed Petitioner, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $5.00 fee required to file a *habeas corpus* action in this court. That order specified that failure to comply would result in dismissal of this action. Petitioner has not filed an IFP application or paid the fee. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

Because the *habeas corpus* petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this *habeas corpus* action for the reason set forth in this order.

SO ORDERED.

Dated:    October 16, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge