UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VODIE GOODMAN,

                        Petitioner,                    24 **CIVIL** 5954 (LTS)

   -against-                                     **JUDGMENT**

WARDEN JAMISON,

                        Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of dismissal dated October 16, 2024, the Court dismisses this action without prejudice. See 28 U.S.C. §§ 1914, 1915.

Because the habeas corpus petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**DATED:**  New York, New York
             October 17, 2024

                                                        **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

               **BY:**

                                                     **Deputy Clerk**